**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**JUSTIN LEON SHEPPARD, et al.**                                      **PLAINTIFFS**

**v.**                              **4:11CV00840 BSM/JTK**

**HART, Deputy Director of Residential Services,
Omega Technical Parole Violators, et al.**                **DEFENDANTS**

<u>**JUDGMENT**</u>

Consistent with the order entered today, this case is hereby dismissed without

prejudice.

Dated this 23rd day of January 2012.

_____
UNITED STATES DISTRICT JUDGE