# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**JUSTIN LEON SHEPPARD, et al.**                                               **PLAINTIFFS**

**v.**                            **4:11CV00840 BSM/JTK**

**HART, Deputy Director of Residential Services,**
**Omega Technical Parole Violators, et al.**                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is hereby dismissed without prejudice.

Dated this 23rd day of January 2012.

_____
UNITED STATES DISTRICT JUDGE